DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
TIMOTHY J. FAMA, State Bar #272673
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3921
Facsimile:     (415) 554-3837
E-Mail:        tim.fama@sfgov.org

Attorneys for Defendants
DEPUTY ALBA, DEPUTY PARK, DEPUTY CONWAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEPUTY SHERIFF ALBA, et al., DEPUTY SHERIFF PARK, DEPUTY SHERIFF CONWAY,<br><br>　　　　Defendants. | Case No. CV-15-6045 LB<br><br>**REQUEST FOR DISMISSAL;**<br>**~~PROPOSED~~ ORDER OF DISMISSAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　A settlement agreeable to all parties has been reached in the above-mentioned matter. The

| | |
|---|---|
| 1 | parties respectfully request that this case be dismissed with prejudice. |
| 2 | Dated: *OCTOBER 24, 2016* |

PLAINTIFF IN PRO PER

By: *Antonio Cortez Buckley*
ANTONIO CORTEZ BUCKLEY
in pro per

*8028 S. ESCANABA AVE*
*CHICAGO, ILL 60617*
*(650) 906-7526*

Dated: *12/7/16*

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
TIMOTHY J. FAMA
Deputy City Attorneys

By: _____
TIMOTHY J. FAMA

Attorneys for Defendants
DEPUTY ALBA, DEPUTY PARK
DEPUTY CONWAY

**ORDER**

IT IS SO ORDERED.

Dated: December 9, 2016

_____
United States District Court Judge

Request for Dismissal
CV-15-6045 LB.

2

n:\lit\li2016\160977\01112088.docx

# PROOF OF SERVICE

I, DEBORAH ROSAS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On December 8, 2016, I served the following document(s):

**REQUEST FOR DISMISSAL; [PROPOSED] ORDER OF DISMISSAL**

on the following persons at the locations specified:

**Antonio Cortez Buckley**
**540 Price Ave.**
**Redwood City, CA 94063**
**Tel: 650 906-7526**
*Plaintiff in Pro Se*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed December 8, 2016, at San Francisco, California.

_____
DEBORAH ROSAS